

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-19-00376-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Liza A. Rodriguez, Justice

On June 5, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondents and any other real party in interest may file a response to the petition in this court **no later than June 27, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 11, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 10005CR, et al., styled *The State of Texas v. Maria Villarreal Cervantes, et al.*, pending in the County Court, Kinney County, Texas. The Honorable James T. Shahan and the Honorable Enrique Fernandez are the respondents.